Case 1:05-cv-02367-RWR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULLAH WAZIR ZADRAN, et al.
      Petitioners/Plaintiffs,

v.

BARACK OBAMA, et al.,
      Respondents/Defendants.

Civil No. 05-CV-2367 (RWR)

## UNOPPOSED [PROPOSED] ORDER TO STAY HABEAS PETITIONS OF PETITIONERS HAQ WASIQ, RAHIM AND OMARI

Upon consideration of Petitioners' Unopposed Motion to Stay Habeas Petitions of Petitioners Haq Wasiq, Mohammad Rahim and Mohammad Nabi Omari, filed on April 8, 2009 (the "Motion"), and for good cause set forth in that Motion, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that:

(1)     The petitions for writ of habeas corpus shall be stayed with respect to Petitioners Abdul Haq Wasiq, Mohammad Rahim, and Mohammad Nabi Omari for a period of three months from the date of the filing of the Motion;

(2)     The parties' obligations under the Case Management Order in this action shall be suspended with respect to Petitioners Abdul Haq Wasiq, Mohammad Rahim and Mohammad Nabi Omari for three months from the date of the filing of the Motion;

(3)     The portions of the Motion to Compel filed by Petitioners on March 20, 2009 that address issues relating solely to Petitioners Abdul Haq Wasiq, Mohammad Rahim, and/or Mohammad Nabi Omari, and which do not relate to Petitioner Mohammad Zahir, shall be held in abeyance for three months from the date of the filing of the Motion;

(4)     The terms and effect of Judge Hogan's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba shall remain in effect in this action;

(5)     Subject to appropriate action, if any, in light of Kiyemba v. Obama, No. 05-5487 (D.C.Cir. April 7, 2009), the terms and effect of Judge Hogan's July 11, 2008 Order requiring Respondents to provide Petitioners' counsel and the Court within thirty days' advance notice prior to any intended removal or transfer of a prisoner from Guantánamo Bay, Cuba shall remain in effect in this action; and it is further

ORDERED that nothing herein shall affect the petition of Petitioner Mohammad Zahir in this case, and none of the parties' obligations under the Case Management Order with respect to Mohammad Zahir shall be affected by this Order.

SO ORDERED this ___1ˢᵗ___ day of ___May___, 2009.

_____
Richard W. Roberts
United States District Judge